NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER
Assistant United States Attorney
Chief, Financial Litigation Section
ZORAN J. SEGINA (CBN 129676)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6606
Facsimile: (213) 894-5900
E-mail: zoran.segina@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA MC 20-12 JVS |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT** |
| RAFAEL W. NOVALES, | |
| Defendant. | |

Having considered the parties' Stipulation to Entry of Consent Judgment and good cause appearing,

IT IS ORDERED, ADJUDICATED AND DECREED:

1. The United States shall have and recover from Defendant RAFAEL W. NOVALES ("Defendant") the sum of a $48,981.49, representing amount currently owed under the September 30, 2019 CFTC Order.

2. This Court shall have jurisdiction over, and is a proper venue for, this action.

3.  Any stay of enforcement of this judgment under Rule 62(a) of the Federal Rules of Civil Procedure is waived.

4.  Beginning on the first of the month immediately after the month in which this Consent Judgment is entered in this case, Defendant shall pay $ 200 every month for 245 months. All payments shall be made to U.S. Department of Justice, with Defendant's name and case number identified on the memo line of the check, and mailed to: U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-03. Defendant may also make installment payments online via Pay.gov.

5.  After 6 months, the United States will re-evaluate Defendant's financial situation and determine the appropriate amount of monthly payments.

6.  Approximately one year from the date of this judgment, the United States will send Defendant a Financial Disclosure Statement which he must complete and return to the United States within two weeks. In addition, Defendant shall provide the United States documents necessary to complete the evaluation of Defendant's financial situation.

7.  After reviewing the Financial Disclosure Statement and other documents, the United States will contact Defendant regarding the amount of monthly payments to be paid in the following year. Defendant shall make the monthly payments set forth above until notified otherwise by the United States.

///

8. This judgment debt will be referred to the Treasury Offset Program and the United States will record abstract of judgment where Defendant has, or may acquire property. Except as set forth herein, as long as Defendant makes the required monthly payment, the United States will take no other enforcement action.

9. Defendant shall have a ten-calendar day grace period to cure any payment default. If the default is not cured within such time, the United States may seek to enforce this Consent Judgment by all legal remedies applicable to a civil judgment.

IT IS SO ORDERED.

Dated: June 25, 2020

_____

UNITED STATES DISTRICT JUDGE

JAMES V SELNA